[No. 16426-8-III.    Division Three.    May 28, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN RICHARD COTHERN, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 96-1-00445-1, Michael W. Leavitt, J., entered January 10, 1997. *Affirmed in part* and *remanded* by unpublished opinion per Sweeney, J., concurred in by Brown and Kato, JJ.

[No. 16507-8-III.    Division Three.    May 28, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. PEDRO ROMERO RAMIREZ, *Appellant*.

Appeal from a judgment of the Superior Court for Douglas County, No. 96-1-00138-8, Ted W. Small, J., entered February 27, 1997. *Affirmed* by unpublished opinion per Brown, J., concurred in by Schultheis, C.J., and Kurtz, J.

[No. 16530-2-III.    Division Three.    May 28, 1998.]

THE STATE OF WASHINGTON, *Appellant*, v. KYLE M. KIRK, *Respondent*.

Appeal from a judgment of the Superior Court for Ferry County, No. 96-1-50035-3, Larry M. Kristianson, J., entered March 11, 1997. *Affirmed* by unpublished opinion per Kurtz, A.C.J., concurred in by Sweeney and Kato, JJ.

[No. 19937-8-II.    Division Two.    May 29, 1998.]

KELLY SMITH, *Appellant*, v. BATES TECHNICAL COLLEGE, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 94-2-05451-7, Thomas Felnagle, J., entered September 15, 1995. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Morgan and Seinfeld, JJ.